IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 6:25-cr-03093-MDH-01 |
| ANDREW N. WALKER, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Defendant's First Motion to Suppress Evidence (Doc. 20), the Government's Suggestions in Opposition (Doc. 28), and the Report and Recommendation of United States Magistrate Judge (Doc. 32). The motion is now ripe for adjudication on the merits.

After a careful and independent review of the parties' submissions, the transcript from the suppression hearing, and the Report and Recommendation, this Court agrees with and **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Doc. 32) in full. Accordingly, the Court **DENIES** Defendant's Motion to Suppress. (Doc. 20).

**IT IS SO ORDERED.**

DATED: October 6, 2025

                                                */s/ Douglas Harpool*
                                                **DOUGLAS HARPOOL**
                                                **UNITED STATES DISTRICT JUDGE**